# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HAND, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>               Defendant. | Case No. 1:18-cv-01292-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 17) |

On April 1, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 17.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**April 5, 2019**__                    /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE